**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DENNET SAILS,**

    **Plaintiff(s),**

v.                                     CASE NO:  8:05-CV-1321-T-30TGW

**JOHN E. POTTER, Postmaster General,**
**Agency,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Plaintiff(s) has/have failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #5) entered on November 22, 2005.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1)    This cause is dismissed without prejudice.

2)    All pending motions are denied as moot.

3)    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 12, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1321.dismissal.wpd